UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GEORGE ALAN PRICE,

        Petitioner,        Case No. 1:12cv146

v.        Hon. Robert J. Jonker

ROBERT NAPEL,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 20, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 20, 2014, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the habeas petition is **DENIED**.  This matter is closed.

        /s/ Robert J. Jonker
        ROBERT J. JONKER
        UNITED STATES DISTRICT JUDGE

DATED:  March 13, 2015.